```
IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF GEORGIA
          ATHENS DIVISION
```

SHAWN L. MITCHELL,                *

    Plaintiff          *
                                        CASE NO. 3:07-CV-45 (CDL)
vs.                               *

Michael J. Astrue, Commissioner   *
of Social Security
                              *

    Defendant
                              *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of the United States Magistrate Judge filed November 9, 2007, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED, this 10th day of January, 2008.

                                                        S/Clay D. Land
                                                           CLAY D. LAND
                                                  UNITED STATES DISTRICT JUDGE